**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rosario DIVINS, Defendant–Appellant.**

**No. 09–50855**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 28, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Oscar L. Cantu, Jr., Law Offices of Oscar Cantu, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

Rosario Divins appeals her conviction and sentence for seven counts of criminal contempt and seven counts of mail fraud. Within ten days of the entry of judgment of conviction, Divins filed a motion for new trial based on newly discovered evidence in accordance with FED.R.CRIM.P. 33(b)(1). That motion has not yet been ruled upon, and therefore the judgment of conviction is not yet final for appeal purposes. *See* FED. R.APP. P. 4(b)(3)(A)(ii), (b)(3)(B)(i); *United States v. Healy,* 376 U.S. 75, 78–79, 84 S.Ct. 553, 11 L.Ed.2d 527 (1964); *United States v. Greenwood,* 974 F.2d 1449, 1466 (5th Cir.1992). Accordingly, we remand this matter to the district court for a ruling on Divins's motion for new trial.

LIMITED REMAND.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.